2006–1912.   **State ex rel. Richko v. Equity Residential Properties Mgt. Corp.**
Franklin App. No. 05AP–545, 2006-Ohio-4979. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## July 9, 2007

[Cite as *07/09/2007 Case Announcements*, 2007-Ohio-3471.]

## MOTION AND PROCEDURAL RULINGS

2007–0776.   **State ex rel. Biehle v. Perz.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion for stay of proceedings pending settlement,

It is ordered by the court that the motion is granted and this case is stayed pending further order of this court.

It is further ordered that the parties shall notify the court forthwith of any settlement.